UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG MACHINE MUSIC, LLC, et al.,<br><br>　　　　　Plaintiffs.<br><br>　　v.<br><br>SHENZHEN QUTUI TECHNOLOGY CO., LTD.,<br><br>　　　　　Defendant. | Case No.  22-cv-03517-JCS<br><br>**ORDER OF RECUSAL** |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated:  June 27, 2022

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge