United States District Court<br>Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG MACHINE MUSIC, LLC, et al.,<br>  Plaintiffs,<br>  v.<br>SHENZHEN QUTUI TECHNOLOGY CO., LTD.,<br>  Defendant. | Case No. 22-cv-03517-MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE** |

  Before the Court is plaintiffs' "Motion for Alternate Service," filed December 8, 2023, whereby plaintiffs seek an order authorizing them to serve by email defendant Shenzhen Qutui Technology Co., Ltd., a foreign corporation organized under the laws of and with its principal place of business in the People's Republic of China. The motion came on regularly for hearing on January 12, 2024. Alexander Kaplan and Matthew Cooper of Oppenheim + Zebrak, LLP, and Abraham Andrade III of Coblentz Patch Duffy & Bass, LLP.

  The Court having read and considered plaintiffs' written submission, and having considered the oral argument made by counsel, the motion is, for the reasons stated in detail on the record at the hearing, hereby GRANTED pursuant to Article 15 of the Hague Convention, see Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, Art. 15, 20 U.S.T. 361, T.I.A.S. No. 6638, as well as Rule 4(f) of the Federal Rules of Civil Procedure and the Advisory Committee Notes to the 1993 Amendment of Rule 4(f); see also Rio Properties, Inc. v. Rio Intern. Interlink, 284 F.3d 1007, 1017–18 (finding email service "reasonably calculated to apprise [defendant] of the pendency of the action and afford it an

opportunity to respond").

Accordingly, plaintiffs are hereby afforded leave to serve defendant by email at its active email address: dupaglobal@gmail.com.

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
MAXINE M. CHESNEY
United States District Judge