ALEXANDER KAPLAN (*Admitted Pro Hac Vice*)
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: 212.951.1105
E-mail:   alex@oandzlaw.com

KAREN S. FRANK (State Bar No. 130887)
THOMAS A. HARVEY (State Bar No. 235342)
ABRAHAM M. ANDRADE III (State Bar No. 321264)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-ksf@cpdb.com
          ef-tah@cpdb.com
          ef-ama@cpdb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIG MACHINE MUSIC, LLC; CONCORD MUSIC PUBLISHING LLC; CONCORD MUSIC GROUP, INC.; HIPGNOSIS SFH I LIMITED; HIPGNOSIS SONGS GROUP, LLC; PEERMUSIC III, LTD.; POLYGRAM PUBLISHING, INC.; PULSE 2.0, LLC; RESERVOIR MEDIA MANAGEMENT, INC.; SONGS OF PEER, LTD.; SONGS OF UNIVERSAL, INC.; LYRIC COPYRIGHT SERVICES, L.P.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL MUSIC CORP.; UNIVERSAL MUSICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN QUTUI TECHNOLOGY CO., LTD., <br><br> Defendant. | Case No. 3:22-cv-03517-MMC <br><br> **PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [L.R. 7-11]** <br><br> *[Filed Concurrently with Declaration of Alexander Kaplan; and [Proposed] Order]* <br><br> Initial CMC:  June 7, 2024 <br> Time:        10:30 a.m. <br> Courtroom:   Zoom Webinar <br><br> Judge:       Hon. Maxine M. Chesney <br> Trial Date:  None Set |

019382.0001 4865-4625-0948.3                                  Case No. 3:22-cv-03517-MMC

**PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [L.R. 7-11]**

Pursuant to Local Rule 7-11, Plaintiffs BIG MACHINE MUSIC, LLC; CONCORD MUSIC PUBLISHING LLC; CONCORD MUSIC GROUP, INC.; HIPGNOSIS SFH I LIMITED; HIPGNOSIS SONGS GROUP, LLC; PEERMUSIC III, LTD.; POLYGRAM PUBLISHING, INC.; PULSE 2.0, LLC; RESERVOIR MEDIA MANAGEMENT, INC.; SONGS OF PEER, LTD.; SONGS OF UNIVERSAL, INC.; LYRIC COPYRIGHT SERVICES, L.P.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL MUSIC CORP.; and UNIVERSAL MUSICA, INC. (collectively, "Plaintiffs") respectfully submit this Sixth Administrative Motion to Continue Initial Case Management Conference and Related Deadlines by approximately three months—from June 7, 2024 at 10:30 a.m. to September 6, 2024 at 10:30 a.m.—or, as soon thereafter is convenient for the Court.

## I. **PROCEDURAL HISTORY**

On June 15, 2022, Plaintiffs filed their Complaint against Defendant SHENZHEN QUTUI TECHNOLOGY CO., LTD. ("Defendant"), alleging claims for (1) Direct Copyright Infringement; (2) Contributory Copyright Infringement; and (3) Vicarious Copyright Infringement. Dkt. 1. On July 7, 2022, Plaintiffs engaged Crowe Foreign Services to serve process upon Defendant, a Chinese resident, via the Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"). Declaration of Alexander Kaplan ("Kaplan Decl.") ¶ 3. On August 9, 2022, Crowe submitted the formal Hague Request documents to the Central Authority for China to be served upon Defendant in accordance with the Hague Service Convention. Kaplan Decl., ¶ 4.

Plaintiffs then waited for the completion of service in China. On August 26, 2022, Plaintiffs filed an Administrative Motion to Continue Initial Case Management Conference from September 16, 2022, until June 16, 2023. Dkt. 21. The Court granted this motion. Dkt. 22. Because service under the Hague Convention was not completed, on June 5, 2023, Plaintiffs filed a Second Administrative Motion to Continue Initial Case Management Conference from June 16, 2023, until September 2023. Dkt. 24. The Court granted this motion. Dkt. 25. As service under the Hague Convention still had not been completed, on September 8, 2023, Plaintiffs filed a Third Administrative Motion to Continue Initial Case Management Conference from September 15,

2023, until December 15, 2023. Dkt. 27. The Court granted this motion. Dkt. 28.

On December 8, 2023, given that service under the Hague Convention still had not been completed, Plaintiffs filed a Fourth Administrative Motion to Continue Initial Case Management Conference from December 15, 2023, until February 23, 2024, as well as a Motion for Order for Alternate Service Upon Defendant. Dkts. 30 & 31. The Court granted Plaintiffs' motion to continue the Initial Case Management Conference and continued the conference from December 15, 2023, to March 1, 2024. Dkt. 33. The Court also granted Plaintiffs' motion for alternate service, granting Plaintiffs leave to serve Defendant by email at its active email address, dupaglobal@gmail.com. Dkt. 36.

On January 12, 2024, Plaintiffs served Defendant via email with a copy of the Complaint, Summons, the Court's standing orders, and all other new case documents. Kaplan Decl., ¶ 5, Ex. A. Plaintiffs also provided Defendant's trademark counsel with a copy of the complaint and new case documents. Kaplan Decl., ¶ 6, Ex. B. Given Defendant's failure to respond to the Complaint, Plaintiffs filed a Motion for Entry of Default Judgment on March 22, 2024. Kaplan Decl., ¶¶ 7-8; Dkt. 43. On March 28, 2024 the Clerk filed a Notice of Entry of Default. Kaplan Decl., ¶ 9; Dkt. 44.

On April 11, 2024, Counsel for Defendant contacted Plaintiffs' counsel asking if Plaintiffs would be interested in having settlement discussions.[1] Kaplan Decl., ¶ 10. The parties have since engaged in settlement discussions, including as recently as May 31, 2024. Kaplan Decl., ¶ 11. The parties are continuing to discuss potential resolution of this action. Kaplan Decl., *Id*.

II. **THE COURT SHOULD CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE WHILE THE PARTIES ENGAGE IN SETTLEMENT DISCUSSIONS**

Prior to the Initial Case Management Conference, the parties are required to conduct a Rule 26(f) conference to prepare a discovery plan, discuss means of evidence preservation, determine any anticipated motions, seek to narrow the issues presented in the action, discuss

---

[1] Counsel for Defendant has indicated that it only represents Defendant in connection with settlement discussions and does not represent Defendant in the pending litigation. Kaplan Decl., ¶ 10.

settlement, and develop a proposed schedule for the Court's review in advance of the Initial Case Management Conference.  Given the Entry of Default, and the parties' current settlement discussions, the Initial Case Management Conference should be further continued, for approximately three months to allow the parties to continue their settlement discussions, and in the event Plaintiffs need to file a motion for default judgment, for the Court to rule accordingly.  Fed. R. Civ. P. 26(f); *see, also* Fed. R. Civ. P. 1 (rules should be construed and administered to secure just, speedy, and inexpensive determination of action).

### III.     CONCLUSION

Plaintiffs respectfully request that the Court continue the Initial Case Management Conference by approximately three months—from June 7, 2024, at 10:30 a.m. to September 6, 2024, at 10:30 a.m.—or as soon thereafter is convenient for the Court.

DATED:  June 3, 2024                    OPPENHEIM + ZEBRAK, LLP

By: /s/ *Alexander Kaplan*
ALEXANDER KAPLAN (*Admitted Pro Hac Vice*)
Attorneys for Plaintiffs

DATED:  June 3, 2024                    COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ *Abraham M. Andrade III*
KAREN S. FRANK
THOMAS A. HARVEY
ABRAHAM M. ANDRADE III
Attorneys for Plaintiffs

## ATTESTATION OF SIGNATURES

Pursuant to L.R. 5-1(h)(3), each of the other signatories to this document have concurred in the filing of this document.

Dated: June 3, 2024

COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ *Abraham M. Andrade III*
ABRAHAM M. ANDRADE III
Attorneys for Plaintiffs

019382.0001 4865-4625-0948.3    5    Case No. 3:22-cv-03517-MMC

**PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [L.R. 7-11]**