1  ALEXANDER KAPLAN (*Admitted Pro Hac Vice*)
   OPPENHEIM + ZEBRAK, LLP
2  461 Fifth Avenue, 19th Floor
   New York, New York 10017
3  Telephone: 212.951.1105
   E-mail:    alex@oandzlaw.com
4
5  KAREN S. FRANK (State Bar No. 130887)
   THOMAS A. HARVEY (State Bar No. 235342)
   ABRAHAM M. ANDRADE III (State Bar No. 321264)
6  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
7  San Francisco, California 94104-5500
   Telephone: 415.391.4800
8  Facsimile: 415.989.1663
   Email:     ef-ksf@cpdb.com
9              ef-tah@cpdb.com
               ef-ama@cpdb.com
10
   Attorneys for Plaintiffs
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| 16  BIG MACHINE MUSIC, LLC; CONCORD MUSIC PUBLISHING LLC; CONCORD 17  MUSIC GROUP, INC.; HIPGNOSIS SFH I LIMITED; HIPGNOSIS SONGS GROUP, 18  LLC; PEERMUSIC III, LTD.; POLYGRAM PUBLISHING, INC.; PULSE 2.0, LLC; 19  RESERVOIR MEDIA MANAGEMENT, INC.; SONGS OF PEER, LTD.; SONGS OF 20  UNIVERSAL, INC.; LYRIC COPYRIGHT SERVICES, L.P.; UNIVERSAL MUSIC – 21  MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL MUSIC CORP.; 22  UNIVERSAL MUSICA, INC., <br><br>23          Plaintiffs, <br><br>24       v. <br><br>25  SHENZHEN QUTUI TECHNOLOGY CO., LTD., <br><br>26 <br>       Defendant. <br>27 | Case No. 3:22-cv-03517-MMC <br><br>**DECLARATION OF ALEXANDER KAPLAN IN SUPPORT OF PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [L.R. 7-11]** <br><br>*[Filed Concurrently with Sixth Administrative Motion; and [Proposed] Order]* <br><br>Initial CMC:   June 7, 2024 <br>Time:          10:30 a.m. <br>Courtroom:     Zoom Webinar <br><br>Judge:         Hon. Maxine M. Chesney <br>Trial Date:    None Set |

28

019382.0001 4880-2050-0420.3                                      Case No. 3:22-cv-03517-MMC

**DECLARATION OF ALEXANDER KAPLAN IN SUPPORT OF PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500 · Fax 415.989.1663
415.391.4800

## DECLARATION OF ALEXANDER KAPLAN

I, Alexander Kaplan, declare as follows:

1.      I am a partner at the law firm of Oppenheim + Zebrak, LLP.  I represent Plaintiffs Big Machine Music, LLC; Concord Music Publishing LLC; Concord Music Group, Inc.; Hipgnosis SFH I Limited; Hipgnosis Songs Group, LLC; Peermusic III, Ltd.; Polygram Publishing, Inc.; Pulse 2.0, LLC; Reservoir Media Management, Inc.; Songs of Peer, Ltd.; Songs of Universal, Inc.; Lyric Copyright Services, L.P.; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; Universal Music Corp.; and Universal Musica, Inc (collectively, "Plaintiffs").

2.      I submit this Declaration in support of Plaintiffs' Sixth Administrative Motion to Continue Initial Case Management Conference and Related Deadlines [L.R. 7-11].

3.      On July 7, 2022, Plaintiffs engaged Crowe Foreign Services to serve process upon Defendant, a Chinese resident, via the Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention").

4.      On August 9, 2022, Crowe submitted the formal Hague Request documents to the Central Authority for China to be served upon Defendant in accordance with the Hague Service Convention.

5.      On January 12, 2024, Plaintiffs served Defendant via email with a copy of the Complaint, Summons, the Court's standing orders, and all other new case documents.  A true and correct copy of this correspondence without the voluminous attachments is attached hereto as **Exhibit A.**

6.      On January 17, 2024, Plaintiffs provided Defendant's trademark counsel with a copy of the complaint and new case documents.  A true and correct copy of this correspondence without the voluminous attachments is attached hereto as **Exhibit B.**

7.      To date, Defendant has not responded to the Complaint.

8.      On March 22, 2024, Plaintiffs filed a Motion for Entry of Default Judgment.

9.      On March 28, 2024 the Clerk filed a Notice of Entry of Default.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**DECLARATION OF ALEXANDER KAPLAN IN SUPPORT OF PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1     10.     On April 11, 2024, counsel for Defendant contacted counsel for Plaintiffs to inquire

2  about settlement discussions.  Counsel for Defendant also indicated that it only represents

3  Defendant in connection with settlement discussions and does not represent Defendant in the

4  pending litigation.

5     11.     The parties have engaged in settlement discussions, including as recently as May

6  31, 2024.

7

8     I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10     Executed on this 3rd day of June, 2024, at New York, New York.

11

12                                          */s/ Alexander Kaplan*
                                            ALEXANDER KAPLAN

13

---

019382.0001 4880-2050-0420.3                      3                      Case No. 3:22-cv-03517-MMC

**DECLARATION OF ALEXANDER KAPLAN IN SUPPORT OF PLAINTIFFS' SIXTH ADMINISTRATIVE
MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

# Exhibit A

| From: | Cochran, Kate |
|---|---|
| To: | dupaglobal@gmail.com |
| Cc: | alex@oandzlaw.com; Harvey, Thomas; Andrade, Abraham |
| Subject: | Big Machine Music, LLC, et al. v. Shenzhen Qutui Technology Co., Ltd., Case No. 22-CV-03517: Electronic Service of Complaint and Order - Response Required |
| Date: | Friday, January 12, 2024 9:06:35 PM |
| Attachments: | 22-06-15 Legal Complaint and Jury Demand; Service of Process Documents-c.pdf |
| | 24-01-12 [36] Court Order Granting Plaintiffs' Motion for Alternate Service-c.pdf |

Defendant:

The attached documents are electronically served on you today, January 12, 2024, pursuant to the attached Court Order dated today, January 12.

Thank you,

Kate *on behalf of* Abraham M. Andrade

**Kate Cochran** | Trademark Specialist | *she/her*
**Coblentz Patch Duffy & Bass LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
415.677.5255 | Office 415.391.4800 | Cell 415.368.3008
kcochran@coblentzlaw.com
www.coblentzlaw.com

This transmittal is intended solely for use by its addressee, and may contain confidential or legally privileged information. If you receive this transmittal in error, please email a reply to the sender and delete the transmittal and any attachments.

# Exhibit B

| | |
|---|---|
| **From:** | Alex Kaplan |
| **To:** | abruno@baystatepatent.com; trademarks@baystatepatent.com |
| **Cc:** | Andrade, Abraham |
| **Subject:** | [EXTERNAL] Service of Lawsuit against SHENZHEN QUTUI TECHNOLOGY CO., LTD d/b/a Vinkle |
| **Date:** | Wednesday, January 17, 2024 4:03:43 PM |
| **Attachments:** | 22-06-15 Legal Complaint and Jury Demand; Service of Process Documents-c[100].pdf |
| | 24-01-12 [36] Court Order Granting Plaintiffs' Motion for Alternate Service-c[37].pdf |

Dear Mr. Bruno,

This firm represents the plaintiffs in the attached complaint. They have filed a lawsuit against SHENZHEN QUTUI TECHNOLOGY CO., LTD, which is the company behind the Vinkle video maker app. The lawsuit was filed in 2022 and we have been trying to serve the defendant through the Hague Convention. Because we still await completion of service through the Hague, the Judge granted our motion to serve the defendant by email and we have done so.
We understand through the USPTO website that your firm represents the defendant in connection with its US trademark registration. We are therefore sending you a copy of the complaint and documentation served through the Hague Convention, along with the court order referred to above. We urge you to share this with the defendant so that they have every opportunity to respond to the complaint.

Please feel free to contact me if you have any questions.

Thank you,

Alex Kaplan
**Oppenheim + Zebrak, LLP**
461 Fifth Ave | 19th Floor
New York, NY 10017
Tel: 212.951.1105
Alex@oandzlaw.com |www.oandzlaw.com