Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BIG MACHINE MUSIC, LLC; CONCORD MUSIC PUBLISHING LLC; CONCORD MUSIC GROUP, INC.; HIPGNOSIS SFH I LIMITED; HIPGNOSIS SONGS GROUP, LLC; PEERMUSIC III, LTD.; POLYGRAM PUBLISHING, INC.; PULSE 2.0, LLC; RESERVOIR MEDIA MANAGEMENT, INC.; SONGS OF PEER, LTD.; SONGS OF UNIVERSAL, INC.; LYRIC COPYRIGHT SERVICES, L.P.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL MUSIC CORP.; UNIVERSAL MUSICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN QUTUI TECHNOLOGY CO., LTD., <br><br> Defendant. | Case No. 3:22-cv-03517-MMC <br><br> **[PROPOSED]** **ORDER GRANTING PLAINTIFFS' SIXTH ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES [L.R. 7-11]** <br><br> *[Filed Concurrently with Sixth Administrative Motion; Declaration of Alexander Kaplan]* <br><br> Initial CMC: June 7, 2024 <br> Time: 10:30 a.m. <br> Courtroom: Zoom Webinar <br><br> Judge: Hon. Maxine M. Chesney <br> Trial Date: None Set |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# ~~[PROPOSED]~~ ORDER

Upon review and consideration of Plaintiffs' Sixth Administrative Motion to Continue Initial Case Management Conference and Related Deadlines, and with good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

The Initial Case Management Conference is continued by approximately three months—from June 7, 2024, at 10:30 a.m. to September 6, 2024, at 10:30 a.m.—or as soon thereafter is convenient for the Court. The Parties shall file a Joint Case Management Statement one week prior to the Initial Case Management Conference.

**IT IS SO ORDERED:** The Initial Case Management Conference is continued to September 6, 2024, at 10:30 a.m.

DATED: June 5, 2024

_____
THE HON. MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE